PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7356

WRITER'S DIRECT FACSIMILE
(202) 204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

July 28, 2023

**By ECF**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Palladino* v. *JPMorgan Chase & Co.*, No. 23-1031

Dear Ms. Wolfe:

We represent Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard") in the above-referenced appeal.[1] Pursuant to Federal Rule of Appellate Procedure 28(i), Mastercard joins in and adopts the brief for Appellees' Motion to Dismiss the Appeal (ECF No. 23), which Defendants-Appellees Citigroup Inc. and Citibank, N.A. filed on July 27, 2023.

Sincerely,

*/s/ Kenneth A. Gallo*

Kenneth A. Gallo

cc: All counsel of record (via ECF)

---

[1] Plaintiffs' complaint filed in the EDNY case *Palladino* v. *JPMorgan Chase & Co.*, 23−cv−01215−MKB−VMS, names as Defendants "Mastercard Incorporated" and "Mastercard." The correct names for the entities on which Plaintiffs served their complaint are "Mastercard Incorporated" and "Mastercard International Incorporated." Mastercard Incorporated and Mastercard International Incorporated reserve all rights with respect to Plaintiffs' purporting to name "Mastercard" as a Defendant in the lower court and a Defendant-Appellee here.